

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00255-CV

**IN THE INTEREST OF A.R.H.**, a Child

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-EM-506396
Honorable Jim Rausch, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

SIGNED June 5, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice